UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
|  |  : |  |
| THEODORE SIMPSON, | : |  |
|  | : |  |
| Petitioner, | : | 01cv8744 |
|  | : |  |
| -against- | : | ORDER |
|  | : |  |
| LEONARD A. PORTUONDO,<br>*Superintendent*, | : |  |
|  | : |  |
| Respondent. | : |  |

---------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

  The Clerk of Court is directed to strike Petitioner's Motion to Vacate Judgment under Federal Rule of Criminal Procedure 60(b) from the docket. (ECF No. 31.) This case was closed in 2003. Moreover, the Affidavit Petitioner attached to the Motion bears a different civil action number, 03cv6323. A copy of this Order is being mailed by Chambers staff to Petitioner.

Dated: July 31, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.